IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRY RICKARD, Administrator of the Estate
of Jeremy Rickard, Deceased, Individually as the Mother
and as the statutory representative of his heirs Lexi Kate
Price, Layne Rickard, Chancellor Rickard, and
children; DONALD RICKARD, Father; HOLLY
RICKARD WARD, Sister; and APRIL KILDOW,
Surviving Spouse of the Deceased                                    PLAINTIFFS

v.                              No. 3:15-cv-23-DPM

J.C. PENNEY CORPORATION, INC.,
A Foreign Corporation; JANE DOE; and
KATHY DOE                                                           DEFENDANTS

## ORDER

This case is remanded to Circuit Court of Craighead County, Arkansas, for want of subject matter jurisdiction. № 12.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 March 2015